UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT FOHRMEISTER,

    Plaintiff,

v.                                                CASE NO.: 8:11-cv-46-T-23TBM

COMMISSIONER OF INTERNAL
REVENUE,

    Defendant.
_____/

## **ORDER**

    The plaintiff's amended complaint (Doc. 5) was referred to United States Magistrate Judge Thomas B. McCoun III for a report and recommendation. On June 2, 2011, Magistrate Judge McCoun issued a report (Doc. 6) recommending dismissal of the amended complaint with prejudice. No party objects to the report, and the time allowed for filing objections under Local Rule 6.02 has expired. Accordingly, the report (Doc. 6) is **ADOPTED**, and the amended complaint (Doc. 5) is **DISMISSED WITH PREJUDICE**. The plaintiff's application (Doc. 2) to proceed in forma pauperis is **DISMISSED** as moot. The clerk is directed to (1) terminate any pending motion, and (2) close the case.

    ORDERED in Tampa, Florida, on June 21, 2011.

                                                        STEVEN D. MERRYDAY
                                                        UNITED STATES DISTRICT JUDGE