UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT FOHRMEISTER,

    Plaintiff,

v.                                    CASE NO.: 8:11-cv-46-T-23TBM

COMMISSIONER OF THE INTERNAL
REVENUE SERVICE,

    Defendant.
_____/

**ORDER**

The plaintiff moves (Doc. 9) to proceed in forma pauperis on appeal. On August 16, 2011, Magistrate Judge Thomas B. McCoun III issued a report (Doc. 10) that recommends denial of the plaintiff's motion:

> because [the plaintiff's] appeal is not brought in good faith, his motion to proceed in forma pauperis on appeal (Doc. 9) should be denied on substantive grounds . . . . [D]espite being offered multiple opportunities to correct the deficiencies of his Complaint, [the] plaintiff failed to state a cause of action cognizable in this court. Further, [the] plaintiff fails to proffer a legal theory as to how the district court erred in dismissing his case. Consequently, I am unable to ascertain even an arguable basis of his appeal.

(Doc. 10 at 3) The time Local Rule 6.02 allows for an objection to the report and recommendation expired and the plaintiff submits nothing. The report and recommendation (Doc. 10) is **ADOPTED**, and the plaintiff's motion (Doc. 9) is **DENIED**. The plaintiff does not pursue the appeal in good faith. The clerk is directed under

Rule 24(a)(4)(A-B), Federal Rules of Appellate Procedure, to notify the Court of Appeals of this order.

ORDERED in Tampa, Florida, on September 6, 2011.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE